# United States District Court

__EASTERN__ DISTRICT OF __TENNESSE__

TIMOTHY H. LAWSON,   JUDGMENT IN A CIVIL CASE

V.

MICHAEL J. ASTRUE,   CASE NUMBER: 3:03-cv-69
Commissioner of Social Security

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under **sentence four** of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' motion to remand this action, this Court now, upon substantive review, hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner.

October 26, 2009   Patricia L. McNutt, Clerk
Date

By   s/ A. Brush
Deputy Clerk